359 A.2d 177
### COMMONWEALTH of Pennsylvania
v.
### Kenneth HENDERSON, Appellant.

Supreme Court of Pennsylvania.

Submitted May 7, 1976.

Decided July 6, 1976.

Rudolph S. Pallastrone, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Ian Comisky, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM:

Judgment of sentence affirmed.